**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02069-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JOEL STOVALL,

    Plaintiff,

v.

RAEMISCH, Executive Director of D.O.C.,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On July 24, 2014, Plaintiff submitted a Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and an Inmate Motion Requesting to File Without Prepayment of Filing/Service Fees Pursuant to § 13-17.5-103, C.R.S. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   prisoner's trust fund statement does not cover the most immediate six months prior to Plaintiff filing this action
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information

(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on current Court-approved form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) ___ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) _X_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application and provide answers to questions set forth on Court-approved form
(18) _X_ other: Plaintiff must state how named defendant personally participated in alleged constitutional violation

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Use of Court-approved forms is required to cure the deficiencies in the Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice. It is

FURTHER ORDERED that Plaintiff's Inmate Motion , ECF No. 3, is denied as unnecessary and improperly filed in this action.

DATED July 25, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge