IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02069-KMT

JOEL STOVALL,

    Plaintiff,

v.

RICK RAEMISH, Director of DOC, and
DEPUTY DIRECTOR OF DOC,

    Defendants.

## FINAL JUDGMENT

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Kathleen M. Tafoya on September 10, 2015, incorporated herein by reference, it is

    ORDERED that the Defendants' Motion to Dismiss [19] is GRANTED. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, Rick Raemish and Deputy Director of DOC and against Plaintiff, Joel Stovall, on all claims for relief and causes of action asserted in this case. It is

    FURTHER ORDERED that this case is CLOSED.

    DATED at Denver, Colorado this   10th   day of September, 2015.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                <u>By: s/ M. Ortiz</u>
                M. Ortiz,
                Deputy Clerk